IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN GRAHAM, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-17-1342-R |
| ) | |
| MS. SAMMY DUNCAN, ) | |
| Assistant Public Defender, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered January 31, 2018. Doc. No. 9. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 28th day of February, 2018.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE